UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14047-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

       Plaintiff,

vs.

RAVEN SIMONE SAYERS,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on December 10, 2013. A Report and Recommendation was filed on December 13, 2013, (D.E.#160), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count Four, Count Six and Count Seven of the Third Superseding Indictment, which charges the Defendant in Count Four with interfering with commerce by threats or violence (robbery), in violation of Title 18 United States Code, Sections 1951(a) and 2; Count Six which charges interfering with commerce by threats or violence (robbery), in violation of Title 18, United States Code, Section 1951(a); and Count Seven which charges using, carrying and possessing a firearm in furtherance of a crime of violence (brandishing), in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of January, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office