UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-14047-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAVEN SIMONE SAYERS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Frank J. Lynch, Jr., on May 8, 2014. The Report and Recommendations recommends to this Court, that counsel Omar F. Guerra Johansson, Esquire be paid **$11,264.19**. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's objections to the report and recommendation of Magistrate Judge Lynch. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch Jr.'s Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this **28** day of May, 2014.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank J. Lynch, Jr.
Omar F. Guerra Johansson, Esq
Lucy Lara, CJA Administrator